Trisler and Others *v.* Trisler's Adm'r.

---

TRISLER and Others *v.* TRISLER'S Administrator.

Errors based on evidence are not available here, unless they were made the ground of a motion for a new trial below.

Jones *v*. The State.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—The errors assigned on the rulings on demurrer are based upon a misconception of the said rulings.

Those based upon the evidence are not well taken, no motion for a new trial having been made.

The judgment is affirmed, with 1 per cent. damages and costs.

*Martin M. Ray* and *B. F. Davis*, for appellants.

*Davis, Wright & Green*, for appellee.